# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re *US Auto Exchange Group, Ltd., a Massachusetts Corporation*

Case No. 02-10310 CJK
Chapter 7

_____ / Debtor



## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 49,000.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 2,880,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 3,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 6,600,000.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| Total Number of Sheets in All Sheets ► | | 15 | | | |
| | | Total Assets ► | $ 49,000.00 | | |
| | | | Total Liabilities ► | $ 9,483,000.00 | |

1/6

In re **US Auto Exchange Group, Ltd.**  / Debtor        Case No. **02-10310 CJK**
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |

No continuation sheets attached        **TOTAL $**        **0.00**
(Report also on Summary of Schedules.)

In re US Auto Exchange Group, Ltd. / Debtor  Case No. 02-10310 CJK
(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash Location: held by receiver – Wayne Morrison, Esq.; additional funds were in safe in possession of All County Storage) | | $ 14,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fleet Bank checking (records in possession of All County Storage) Location: In debtor's possession | | Unknown |
| | | Citizens Bank checking (records in possession of All County Storage) Location: In debtor's possession | | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | security deposits with utility companies (records in possession of All County Storage) Location: In debtor's possession | | Unknown |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

Page 1 of 3

In re _US Auto Exchange Group, Ltd._____ / Debtor   Case No. _02-10310 CJK_
(if known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Goverment and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | | receivables (records in possession of All County Storage)<br>Location: In debtor's possession | | $ 10,000.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim vs. Automotive Finance Corp<br>Location: In debtor's possession<br><br>Claim vs .Warren Abramson<br>Location: In debtor's possession<br><br>Claim vs. Mechanics Cooperative Bank<br>Location: In debtor's possession | | Unknown<br><br>Unknown<br><br>Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | USAX marketing program<br>Location: In debtor's possession | | Unknown |
| 22. Licenses, franchises, and other general Intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | Numerous vehicles- see attached exhibit 23-B<br>Location: In debtor's possession | | Unknown |
| 24. Boats, motors, and accessories. | X | | | |

Page _2_ of _3_

In re _US Auto Exchange Group, Ltd._____ / Debtor    Case No. _02-10310 CJK_
(if known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Aircarft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | miscellaneous computers, equipment and office furnishings<br>Location: In debtor's possession | | Unknown |
| 27. Machinery, fixtures, equipment and supplies used in business. | | shop equipment<br>Location: In debtor's possession | | Unknown |
| 28. Inventory. | | automotive parts<br>Location: In debtor's possession | | $ 25,000.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page _3_ of _3_                                              Total ➔    $ 49,000.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

**Exhibit 23-B**

All County Storage holds:

      a) a Porsche Boxter, Audi, Mercedes SLK, Merceds 280SE - all vehicles financed by European American Bank;
      b) Porsche 944. Excalibur, Audi, Volvo, Jeep, Toyota, Hyundai and Mercedes 220;
      c) Other titles to vehicles in its possession.
      d) 1922 Citroen, 1970 Mercedes, Army bike, Yamaha bike, Suzuki bike - all vehicles are customer vehicles which have liens placed on them for services performed by debtor.

In re  US Auto Exchange Group, Ltd.                              / Debtor        Case No. 02-10310 CJK
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>AFC<br>c/o Tracy Ingle, Esq.<br>1500 Worcester Rd.<br>Framingham MA 01702 | X | Real estate owned by corporate officer<br><br>Value: $ 0.00 | | | X | $ 190,000.00 | $ 190,000.00 |
| Account No:<br>Creditor # : 2<br>All County Storage<br>c/o James Grumbach, Zimble & B<br>21 Custom house<br>Boston MA 02110 | | Numerous vehicles- see attached exhibit 23-A, miscellaneous computers, equipment and office<br>Value: $ 0.00 | | | X | $ 1,700,000.00 | $ 1,700,000.00 |
| Account No:<br>Creditor # : 3<br>Mechanics Cooperative Bank<br>c/o Perkins Smith Cohen<br>One Beacon Street<br>Boston MA 02108 | X | 1954 Mercedes 300 SL<br>1939 Cadillac Lasalle<br><br>Value: $ 0.00 | | | | $ 990,000.00 | $ 990,000.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)  2,880,000.00

Total $ (Use only on last page. Report total also on Summary of Schedules)  2,880,000.00

In re _US Auto Exchange Group, Ltd._____ / Debtor      Case No. _02-10310 CJK_____
                                                                              (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

    Check the appropriate box(es) below if claims in that category are listed on the attached sheets.

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commisions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2001, end every three years thereafter with respect to cases commenced on or after the date of adjustment.

       _1_____ continuation sheets attached

In re **US Auto Exchange Group, Ltd.** / Debtor       Case No. **02-10310 CJK**
(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor (H--Husband, W--Wife, J--Joint, C--Community) | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Mass Dept of Revenue* *P.O. Box 9484* *Boston MA 02205* | | *Corporate excise* | | | | $ 3,000.00 | $ 3,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. **1** of **1** continuation sheets attached to Schedule of Creditors

Subtotal $ (Total of this page)   3,000.00

Total $   3,000.00
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re  US Auto Exchange Group, Ltd.  / Debtor  Case No. 02-10310 CJK
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 Aetna US Healthcare c/o Leib & Company 20,000 Horizon Way, Ste. 800 Mt. Laurel NJ 08054 | | | | | | $ 0.00 |
| Account No: Creditor # : 2 Allston Car Wash, Inc. 434 Cambridge street Allston MA 02134 | | | | | | $ 0.00 |
| Account No: Creditor # : 3 Bahig Bishay 163 Blue Hill Drive Westwood MA 02090 | | | | | | $ 6,600,000.00 |
| Account No: Creditor # : 4 Bell Atlantic Yellow Pages c/o Kurt Deuschle, Esq. 125 Broad Street Boston MA 02208 | X | | | | | $ 0.00 |
| Account No: Creditor # : 5 Boston globe c/o Mary Bransford, Esq., Bran 76 Canal Street, Ste. 402 Boston MA 02114 | | | | | | $ 0.00 |

___5___ continuation sheets attached

Subtotal $ 6,600,000.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re US Auto Exchange Group, Ltd. / Debtor    Case No. 02-10310 CJK
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 6 Diversified Automotive 100 Tremont street Charlestown MA  02129 | | | | | | $ 0.00 |
| Account No: Creditor # : 7 General Electric Capital Auto c/o David Banash, Esq. 375 totten Pond rd., Suite 102 Waltham MA 02451 | | | | | | $ 0.00 |
| Account No: Creditor # : 8 Global Crossing c/o Morrison & Kiely 100 Cummings Center, ste. 232C Beverly MA 01915 | | | | | | $ 0.00 |
| Account No: Creditor # : 9 Guerero c/o Davis Radner, Esq. 92 State St., Suite 900 Boston MA 02109 | | | | | | $ 0.00 |
| Account No: Creditor # : 10 Hadrien Fraissinet c/o Robert Martin, Esq. 150 Charles street Boston MA 02114 | | | | | | $ 0.00 |
| Account No: Creditor # : 11 Hogen c/o Christopher Tolley, Esq. One Bowdoin Square Boston MA 02114 | | | | | | $ 0.00 |
| Account No: Creditor # : 12 Ira Harahop 227 Summit Ave. #E401 Brookline MA 02146 | | | | | | $ 0.00 |

Sheet No. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    0.00

Total $ (Report total also on Summary of Schedules)

In re **US Auto Exchange Group, Ltd.** / Debtor  Case No. **02-10310 CJK**
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 13<br>Jamie Schulke<br>1450 Beacon street, Apt 403<br>Brookline MA 02446 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 14<br>Jessica Welirang<br>c/o Charles McGowan<br>233 Lewis Wharf<br>Boston MA 02110 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 15<br>Lim-Colbe Corcoran Mazzarella<br>c/o Colbe Corcoran Mazzarella<br>15 Horace Street<br>E. Boston MA 02128 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 16<br>Marashio<br>c/o Roy Mier, Esq.<br>PO Box 357<br>Webster MA 01570 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 17<br>Marks<br>c/o Robert Ciociola, Esq.<br>6 Kimball Lane<br>Lynnfield MA 01940 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 18<br>Mirco Tonin<br>c/o Warren Hurwitz, Esq.<br>220 Boylston Street<br>Newton Low Falls MA 02467 | | | | | | Unknown |
| Account No:<br>Creditor # : 19<br>Morris Soued<br>c/o Eli Dweck, Esq., Wachtel<br>110 East 59th Street<br>New York NY 10022 | | | | | | $ 0.00 |

Sheet No. __2__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  0.00
Total $ (Report total also on Summary of Schedules)

In re US Auto Exchange Group, Ltd. / Debtor        Case No. 02-10310 CJK
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 20<br>Najri<br>Jeffrey Loeb, Esq.<br>55 Ferncroft Road<br>Danvers MA 01923 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 21<br>Negahban<br>c/o Steve Kramer, Esq.<br>25 Walnut Street<br>Wellesley hills MA 02481 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 22<br>Paula Crawford<br>c/o Michelle Raymond, Esq.<br>1000 Franklin Village Drive<br>Franklin MA 02038 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 23<br>Philip DiPrima<br>c/o Law Offices<br>14 Londonderry Road<br>Londonderry NH 03053 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 24<br>Rainbow Advertising<br>c/o Robert Queler, Esq.<br>865 Providence highway<br>Dedham MA 02026 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 25<br>Resource Waste Systems<br>1477 Bedford Street<br>Brockton MA 02351 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 26<br>Robert Hill<br>209 Naugler Avenue<br>Marlborough MA 01752 | | | | | | $ 0.00 |

Sheet No. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) 0.00

Total $ (Report total also on Summary of Schedules)

In re __US Auto Exchange Group, Ltd._____ / Debtor     Case No. __02-10310 CJK__
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  Creditor # : 27  Soeroso  c/Jonathan Karon, Esq.  85 Devonshire St.  Boston MAS 02109 | | | | | | $ 0.00 |
| Account No:  Creditor # : 28  Sonny Hong/Mijin Hong  111 W. 67th Street Apt. 37C  New York NY 10023 | | | | | | Unknown |
| Account No:  Creditor # : 29  Sterry Street Towing  c/o David Cass, Esq.  194 Waterman Street  Providence RI 02906 | | | | | | Unknown |
| Account No:  Creditor # : 30  T&R Installations  c/o Louis A. Cassis  18 Russell Park  Quincy MA 02169 | | | | | | Unknown |
| Account No:  Creditor # : 31  Tarek Zedan  c/o Fred Tannous, Esq.  20 Park Plaza, Ste. 456  Boston MA 02116 | | | | | | $ 0.00 |
| Account No:  Creditor # : 32  Thitipong Navalertporn  c/o Panot Sirivabamabhadki  250 Hammond Pond Pkwy  Chestnut Hill MA 02467 | | | | | | $ 0.00 |
| Account No:  Creditor # : 33  Tranupop Ekabutr  c/o Leonard A. Eskenas  1301 Belmont street  Brockton MA 02301 | | | | | | $ 0.00 |

Sheet No. __4__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    0.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re **US Auto Exchange Group, Ltd.** / Debtor    Case No. **02-10310 CJK**
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 34<br>Vasith Ajchariyamarneekul<br>c/o John Aliperta, Esq.<br>90 Salem Street<br>Malden MA 02148 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 35<br>Warren Abramson<br>c/o Michael K. Cook<br>964 N. Main Street/Box 342<br>Randolph MA 02368 | | | | | | $ 0.00 |
| Account No:<br>Creditor # : 36<br>William Lipoff<br>1000 Pleasant street<br>Weymouth MA 02189 | | | | | | $ 0.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    **0.00**

Total $ (Report total also on Summary of Schedules)    **6,600,000.00**

In re *US Auto Exchange Group, Ltd.* _____ / Debtor    Case No. *02-10310 CJK*
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Ikon Office Products*<br>*One Federal Street*<br>*Boston MA   02110* | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *office equipment*<br>Buyout Option: |
| *Leasetech*<br>*2 Chedington Place, Suite 3B*<br>*Toronto, Ontario   M4N 3R5* | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *computers and phones*<br>Buyout Option: |
| *Technology Inc.* | Contract Type:<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *dynomometer*<br>Buyout Option: |

Page __1__ of __1__

In re *US Auto Exchange Group, Ltd.* _____ / Debtor    Case No. *02-10310 CJK*
                                                                                  (if known)

## SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Bahig Bishay* | *Mechanics Cooperative Bank*<br>*c/o Perkins Smith Cohen*<br>*One Beacon Street*<br>*Boston MA  02108* |
| *Bahig Bishay* | *AFC*<br>*c/o Tracy Ingle, Esq.*<br>*1500 Worcester Rd.*<br>*Framingham MA  01702* |
| *Bahig Bishay* | *Bell Atlantic Yellow Pages*<br>*c/o Kurt Deuschle, Esq.*<br>*125 Broad Street*<br>*Boston MA  02208* |

Page __1__ of __1__

In re *US Auto Exchange Group, Ltd.,*
*a Massachusetts Corporation* _____ / Debtor    Case No. *02-10310 CJK*
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Bahig Bishay*_____, *President*_____ of the *Corporation*_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*16*___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *2/11/02*              Signature _____
                             Name: *Bahig Bishay*
                             Title: *President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]