UNITED STATESS BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                           Chapter 7

U. S. Auto Exchange Group, LTD.                 Case No. 02-10310-RS
    Debtor

CERTIFICATE OF SERVICE

February 28, 2007

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing NOTICE OF NONEVIDENTIARY HEARING RE: TRUSTEE'S OBJECTION TO CLAIMS RE: Claim Numbers 12 and 16 were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

United States Trustee
1184 O'Neill Federal Building
10 Causeway Street
Boston, MA 02222-1043

| | |
|---|---|
| Donald F. Farrell, Jr., Esq.<br>Anderson Aquino LLP<br>260 Franklin Street<br>Boston, MA 02110 | Attorney for Debtor |
| Mark G. DeGiacomo, Esq.<br>Murtha Cullina<br>99 High Street<br>Boston, MA 02110 | Attorney for Trustee |
| James S. Singer, Esq.<br>Gargill, Sassoon & Rudolph LLP<br>92 State Street<br>Boston, MA 02109 | Attorney for Brighton Ave. Associates |
| George Nader, Esq.<br>Zimble & Brettler<br>21 Custom House Street<br>Boston, MA 02110 | Attorney for All County Storage |

| | |
|---|---|
| Lawrence G. Green, Esq.<br>Perkins, Smith & Cohen LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108 | Attorney for Mechanics Co-op |
| Tracy Ingle, Esq.<br>77 Turnpike Road<br>Southboro, MA 01772 | Attorney for Automotive Financing |
| Robert L. Martin, Esq.<br>150 Charles Street<br>Boston, MA 02114 | Attorney for Hadrien Fraissinet |
| David J. Reier, Esq.<br>Seyfarth Shaw<br>Two Seaport Lane<br>Boston, MA 02210 | Attorney for All County Storage |
| Herbert Weinberg, Esq.<br>805 Turnpike Street, Suite 201<br>North Andover, MA 01845 | Attorney for Seth Stadfeld |
| General Electric Capital Auto Lease<br>c/o David M. Banash, Esq.<br>375 Totten Pond Road #102<br>Waltham, MA 02451-2010 | |
| C.R. Hogen<br>c/o Jonathan M. Feigenbaum, Esq.<br>Phillips & Angley<br>One Bowdoin Square<br>Boston, MA 02114 | |

Dated:    February 28, 2007

/s/ John O. Desmond
_____
John O. Desmond (BBO 554580)
Trustee
24 Union Avenue
Framingham, MA 01702
Tel:  (508) 879-9638
Email:  trustee@jdesmond.com

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  US Auto Exchange Group, Ltd. <br> Debtor, | Chapter: 7 <br> Case No: 02−10310 <br> Judge Robert Somma |

NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **4/10/07 at 10:00 AM** before the Honorable Judge Robert Somma , Courtroom 4, 10 Causeway Street, 1101 O'Neill Federal Building, Boston, MA 02222 to consider the following:

[120] Objection to Claim 12, 16 by Claimant General Electric Capital Auto Lease, C.R. Hogen filed by Trustee John O. Desmond

OBJECTION/RESPONSE DEADLINE: **MARCH 30, 2007 4:30 PM**
(If left blank, response deadline shall be governed by the Local Rules.)

THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** . (See MLBR 5071−1)

3. The above hearing shall be nonevidentiary . If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362 , it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013−1(f)].

| | |
|---|---|
| Date:2/28/07 | By the Court, <br><br> Regina Brooks <br> Deputy Clerk <br> 617−565−5280 |